UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 14-2700

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Appellant

v.

ALLSTATE INSURANCE COMPANY

_____

(D.C. No. 01-cv-07042)

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  HARDIMAN, SCIRICA, and BARRY, *Circuit Judges*.

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted in part and denied in part. The Clerk's Office is hereby directed to amend the Court's Opinion in the above-referenced case, dated February 13, 2015, to remove John V. Gorman and Coleen M. Meehan from the list of attorneys representing plaintiff-appellant Equal Employment Opportunity Commission. The petition for rehearing is otherwise denied.

BY THE COURT,

s/ Thomas M. Hardiman
Circuit Judge

Dated: March 26, 2015